IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 JAN 29 PM 2:54

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:19-cr-17 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| CYNTHIA ANN FAULKNER, | : | **INFORMATION**<br>18 U.S.C. § 4 |
| Defendant. | : | |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

**COUNT 1**
(Misprision of Felony)
[18 U.S.C. § 4]

From on or about January 1, 2014 and continuing until at least June 15, 2015, while in the Southern District of Ohio and elsewhere, the defendant **CYNTHIA ANN FAULKNER**, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: conspiracy to commit bank fraud in violation of 18 U.S.C. § 1349, did conceal the same by aiding and assisting in the preparation of her and her spouse's fraudulent 2014 joint federal tax return, IRS Form 1040, and did not as soon as possible make known the same to some judge or other person in civil authority under the United States.

In violation of 18 U.S.C. § 4.

BENJAMIN C. GLASSMAN
United States Attorney

*[signature]*
DWIGHT K. KELLER
Assistant United States Attorney

